UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

REGINALD JONES,
Institutional ID No. 781143

        Plaintiff,

v.

TDCJ-ID, *et al.*,

        Defendants.

No. 1:24-CV-00095-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed without prejudice under 28 U.S.C. § 1915(g).

Dated September 24, 2024.

                                                                             James Wesley Hendrix
                                                                            United States District Judge